## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED

MAY 2 7 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Darrell Jones                    )
_____          )
_____          )
_____          )          CIVIL ACTION
(Name of the plaintiff or plaintiffs)  )
                                 )
                                 )          NO. 25 - 1203
          v.                     )
Brandt Industries                )
Jarissa Peterson                 )
Keith J. Braskich                )
(Name of the defendant or defendants)  )
Insurity                         )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☑ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Darrell Jones,
whose street address is 808 East Washington #5,
(city) Bloomington (state) IL (ZIP) 61701
(Plaintiff's telephone number) 309-404 5883

3. The defendant is Brandt Industries Jarissa Peterson, whose
street address is 19500 N 1425 East RD,
(city) Hudson (state) IL (ZIP) 61701
(Defendant's telephone number) 309-820 1092

4. The alleged discrimination occurred at Brandt Industries
(city) Hudson (state) IL (ZIP) 61748

Keith J. Braskich              Insurity
401 Main St Ste 1600
Peoria, IL 61602

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___9___, (day)_____, (year)_2023_.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

   ☑ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

   ☑ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

   ☑ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☑ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☑ Race (42 U.S.C. § 1981)

   ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☑ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☑ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

   ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

   ☑ Other (list): Disparage

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☑ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

2

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) March 10, 2025 .

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III.  FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

(a) ☐  by failing to hire the plaintiff.

(b) ☑  by terminating the plaintiff's employment.

(c) ☐  by failing to promote the plaintiff.

(d) ☐  by failing to stop harassment;

(e) ☐  by failing to reasonably accommodate the plaintiff's disabilities.

(f) ☐  by failing to reasonably accommodate the plaintiff's religion.

(g) ☑  by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

(h) ☑  by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

(i) ☑  with respect to the compensation, terms, conditions, or privileges of employment;

(j) ☑  other (specify): Disparage which is well documented having to go live in the home sweet home mission (Homeless shelter) 303 E OAKLAND Bloomington, IL 61701

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

So they next day Darrell was brought into the office with all the big wigs in there and a video on a phone was presented to Darrell showing Darrell leaving out of work and stopping and speaking briefly with 2 co. workers and these imaging supposely showing Darrell accused of vandelism even though no charges was filed which brings in Slander/libel Darrell was number two man and never had a write up which lead to Darrell

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): Compensate 3.2 million dollar

4

become homeless and lost everything and had to go to the local homeless shelter. Deceptive practice by making up false accusations protect retaliation

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

X _Darrell Jones_
(Plaintiff's signature)

_Darrell Jones_
(Plaintiff's name)

_808 East Washington #5_
(Plaintiff's street address)

(City) _Bloomington_ (State) _Ill_ (ZIP) _61701_

(Plaintiff's telephone number) _309-404-5883_

Date: 5-6-2025

5-19-25

TROY A SANDLIN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 05, 2026

5

